UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
ROBERT J. KOENIG,

          Plaintiff,

  against                            ORDER ADOPTING MAGISTRATE
                                         REPORT AND RECOMMENDATION
ROBERT F. MCDERMOTT, ROBERT T.         05-CV-4248 (JS)(ARL)
HERRES, ROBERT G. DAVIS, DUANE
DIVICH, JANICE MARSHALL PEEBLES,
RICHARD J. FROESE, JOHN DOE, JANE
DOE, who are also 18 U.S.C. § 1962(c)
persons, and UNITED SERVICES
AUTOMOBILE ASSOCIATIONS, a 18 U.S.C.
§ 1962(c) victim,

          Defendants.
----------------------------------X
APPEARANCES:
For Plaintiff:      Robert J. Koenig, pro se
                    P.O. Box 232
                    Oyster Bay, New York 11771

For Defendants:     No appearance

SEYBERT, District Judge:

      Upon review of Magistrate Judge Arlene R. Lindsay's Report and Recommendation, dated April 18, 2006, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety. The Court dismisses this case for failure to prosecute. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962) (acknowledging the courts' power to dismiss cases sua sponte). The Clerk of the Court is ordered to mark this matter as CLOSED.

                                              SO ORDERED.

                                              /s/ JOANNA SEYBERT
                                              Joanna Seybert, U.S.D.J.

Dated:    Central Islip, New York
         May 31, 2006